**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHAMBERS OF<br>**MADELINE COX ARLEO**<br>UNITED STATES MAGISTRATE JUDGE | MARTIN LUTHER KING COURTHOUSE<br>50 WALNUT ST.<br>ROOM 2060<br>NEWARK, NJ 07101<br>973-297-4903 |

December 10, 2009

VIA REGULAR AND CERTIFIED MAIL, R.R.R.

Mr. and Mrs. Zeffrey G. Rodrigues, Pro Se
2461 8th Street
Fort Lee, NJ 07024

Marc A. Raso, Esq.
Marc A. Raso, Attorney at Law, LLC
609 Franklin Avenue
Nutley, NJ 07110

**LETTER ORDER**

    Re:    **Rodrigues, et al. v. Fort Lee Board of Education, et al.
Civil Action No.  08-5736 (SDW)**

Dear Counsel and Plaintiffs:

A telephone conference is scheduled for **Monday, December 14, 2009 at 12:00 noon** to address the issue of the turnover of plaintiffs' file to plaintiffs.  Mr. Raso will initiate the telephone conference.

Pro Se Mr. & Mrs. Rodrigues shall file their motion for summary judgment by February 1, 2010.

**SO ORDERED.**

*s/Madeline Cox Arleo*
**MADELINE COX ARLEO
United States Magistrate Judge**

cc:    Clerk
       Hon. Susan D. Wigenton, U.S.D.J.
       File